IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03332-AP

DAVID REX,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,[1]
      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

[1] **Error! Main Document Only.**Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
(303) 534-1954
(303) 534-1949 (facsimile)
joe@RMDLG.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.      Date Complaint Was Filed: December 21, 2012**

**B.      Date Complaint  Was Served on U.S. Attorney's Office: February 7, 2013**

**C.      Date Answer and Administrative Record Were Filed: April 8, 2013**

## 4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties are not aware of any other matters.

**8.  BRIEFING SCHEDULE**

      **A.      Plaintiff's Opening Brief Due: June 10, 2013**
      **B.      Defendant's Response Brief Due: July 10, 2013**
      **C.      Plaintiff's Reply Brief (If Any) Due: July 25, 2013**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

      **A.      Plaintiff's Statement:** Plaintiff does/does not request oral argument.

      **B.      Defendant's Statement:** Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

          ***Indicate below the parties' consent choice*.**

      **A.      (   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.      ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause*.**

DATED this 30th day of April, 2013.

                                           BY THE COURT:

                                           ***s/John L. Kane***
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

                                           John F. Walsh
                                           United States Attorney

| s/ | **By:** s/*Alexess Rea* |
|---|---|
| Rocky Mountain Disability Law Group | Special Assistant U.S. Attorney |
| 1391 Speer Blvd., Suite 705 | 1001 17th Street |
| Denver, CO 80204 | Denver, CO 80202 |
| (303) 534-1954 | 303-844-7101 |
| (303) 534-1949 (facsimile) | 303-844-0770 (facsimile) |
| joe@RMDLG.com | Alexess.rea@ssa.gov |

Attorney for Plaintiff                                Attorneys for Defendant